IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMY STARR and ANDREW PHELAN, individually and on behalf of a class of persons similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. 12-cv-4416 ) ) Hon. Edmond E. Chang |
| v. | ) ) |
| CHICAGO CUT STEAKHOUSE, LLC, an Illinois limited liability company, | ) ) ) |
| Defendant. | ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE THEIR MOTION FOR PRELIMINARY APPROVAL
OF THE PARTIES' CLASS ACTION SETTLEMENT**

Plaintiffs, Amy Starr and Andrew Phelan, individually and on behalf of a class of persons similarly situated, by their attorneys, move for an extension of time to file their Motion for Preliminary Approval of the Parties' Class Action Settlement. In support of this motion, Plaintiffs state as follows:

1. On March 6, 2015, this Court held a status hearing in this matter. The Parties informed the Court that they had reached a settlement, and were working to draft all settlement documents in support of their motion for preliminary approval of the settlement. This Court scheduled a further status for April 7, 2015, at 10:00 a.m., and ordered Plaintiffs to notice their motion for preliminary approval for presentment at that date and time. (Doc. No. 122).

2. The Parties have been working diligently to finalize all settlement documents in this matter. However, the Parties require additional time to complete the settlement documents. In particular, the Parties are working to determine the amount of the settlement payment each class member is eligible to receive under the settlement, which is based in part upon the number

of hours the class member worked as a tip pool participant for Defendant during the class period. Defendant produced payroll and hours worked data relating to the class members on March 27, 2015, and Plaintiffs have been working to complete the calculations of class member settlement payments since that date.

3.  Accordingly, Plaintiffs seek a two-week extension of time to April 21, 2015, to file their motion for preliminary approval in this matter. This will allow Plaintiffs sufficient time to complete the settlement payment calculations and finalize all settlement documents in support of their motion for preliminary approval. Plaintiffs also request that the status hearing scheduled for April 7, 2015 be reset to April 21, 2015.

4.  Defendant does not object to this motion.

WHEREFORE, Plaintiffs, Amy Starr and Andrew Phelan, respectfully request this Honorable Court to enter an Order granting their extension of time to file their motion for preliminary approval of the Parties' class action settlement to April 21, 2015, resetting the April 7, 2015 status date to April 21, 2015, and granting such further relief as the Court deems equitable and just.

Respectfully submitted,

AMY STARR and ANDREW PHELAN,
individually and on behalf of a certified class of
persons similarly situated,

/s/ James X. Bormes
One of Plaintiff's Attorneys

James X. Bormes
Catherine P. Sons
Law Office of James X. Bormes, P.C.
8 South Michigan Avenue, Suite 2600
Chicago, Illinois 60603
(312) 201-0575

Peter E. Converse
Converse Law Offices, LLC
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
(312) 540-7514