IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMY STARR and ANDREW PHELAN, individually and on behalf of a class of persons similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 12-cv-4416 |
| v. | ) ) | Hon. Edmond E. Chang |
| CHICAGO CUT STEAKHOUSE, LLC, an Illinois limited liability company, | ) ) ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF THE PARTIES' CLASS ACTION SETTLEMENT**

Plaintiffs, Amy Starr and Andrew Phelan, individually and on behalf of a certified class of persons similarly situated, by their attorneys, move for the entry of an Order (1) granting preliminary approval of the Parties' proposed Settlement Agreement; (2) approving as to form and content the Parties' proposed Class Notice and Claim Form, and approving the mailing of them to the Class Members; (3) approving Dahl Administration LLC as the Claims Administrator; and (4) setting a date for the Final Approval Hearing relating to the Settlement. In support of their motion, Plaintiffs submit their Memorandum in support of their motion, and ask that the Court enter the Preliminary Approval Order attached thereto as Exhibit 2.

                                                              Respectfully submitted,

                                                              AMY STARR and ANDREW PHELAN,
                                                              individually and on behalf of a certified class of
                                                              persons similarly situated,

                                                              /s/ James X. Bormes
                                                              One of Plaintiffs' Attorneys

James X. Bormes
Catherine P. Sons
Law Office of James X. Bormes, P.C.
8 South Michigan Avenue
Suite 2600
Chicago, Illinois 60603
(312) 201-0575

Peter E. Converse
Converse Law Offices, LLC
175 West Jackson Boulevard
Suite 1600
Chicago, Illinois 60604
(312) 540-7514