IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMY STARR and ANDREW PHELAN, individually and on behalf of a class of persons similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CHICAGO CUT STEAKHOUSE, LLC, )<br>an Illinois limited liability company, )<br>)<br>Defendant. ) | Case No. 12-cv-4416<br><br>Hon. Edmond E. Chang |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF THE PARTIES' CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiffs, Amy Starr and Andrew Phelan, individually and on behalf of a certified class of persons similarly situated, by their attorneys, respectfully move for the entry of an Order granting final approval of the Parties' Class Action Settlement Agreement (the "Settlement Agreement"). In support of their motion, Plaintiffs submit a supporting Memorandum of Law, the Declarations of Class Counsel, and the Declaration of Jeff Houdek as principal and authorized agent of the Claims Administrator, and state as follows:

1. On May 13, 2015, this Court granted preliminary approval of the One Hundred Fifty Thousand Dollars ($150,000.00) settlement of Plaintiffs' class action claims (the "Settlement"). (Dkt. No. 135).

2. Final approval is appropriate where the court determines that a settlement is fair, adequate, and reasonable. *Synfuel Techs., Inc. v. DHL Express (USA), Inc*., 463 F.3d 646, 652 (7th Cir. 2005).

3. The Settlement in this case was achieved in good faith and through arms-length negotiations, and is not the product of fraud or collusion.

4. The Settlement offers substantial monetary relief to the Class Members.

5. The Settlement is overwhelmingly supported by class members. Only one of the 554 Class Members submitted a request for exclusion, and <u>none</u> objected to the Settlement. These facts show strong support for the Settlement.

6. Plaintiff has provided the Class Members with adequate notice of the terms and conditions of the Settlement in a manner intended to maximize their due process rights.

7. Additionally, experienced Class Counsel have extensively analyzed the claims and issues herein, and certify that the Settlement is fair, reasonable, and adequate, and in the best interest of the Class Members. Thus, the Court should grant final approval of the Settlement, find the Settlement fair, reasonable, adequate, and in the best interests of the Class Members, approve Class Counsel's request for an award of attorneys' fees and costs, approve the Incentive Payments to the Class Representatives, and enter the Parties' proposed final approval order dismissing this action and barring any further released claims by Class Members who worked for Defendant and who did not opt-out of the Settlement.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter the proposed Final Approval and Dismissal Order attached as Exhibit 1 to Plaintiff's Memorandum of Law.

Respectfully submitted,

AMY STARR and ANDREW PHELAN,
individually and on behalf of a certified class of
persons similarly situated,

                                                <u>/s/ James X. Bormes</u>
                                                One of Plaintiffs' Attorneys

| | |
|---|---|
| James X. Bormes | Peter E. Converse |
| Catherine P. Sons | Converse Law Offices, LLC |
| Law Office of James X. Bormes, P.C. | 175 West Jackson Boulevard |
| 8 South Michigan Avenue | Suite 1600 |
| Suite 2600 | Chicago, Illinois 60604 |
| Chicago, Illinois 60603 | (312) 540-7514 |
| (312) 201-0575 | |