IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMY STARR and ANDREW PHELAN, individually and on behalf of a class of persons similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 12-cv-4416 |
| v. | ) ) | Hon. Edmond E. Chang |
| CHICAGO CUT STEAKHOUSE, LLC, an Illinois limited liability company, | ) ) ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' AGREED MOTION FOR LEAVE TO FILE AN
AMENDED EXHBIT THREE TO PLAINTIFFS' MEMORANDUM
IN SUPPORT OF THEIR MOTION FOR FINAL APPROVAL
OF THE PARTIES' CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiffs, by their attorneys, respectfully move for leave to file an Amended Exhibit 3 to Plaintiffs' Memorandum of Law in Support of their Motion for final Approval of the Parties' Class Action Settlement Agreement. In support of their motion, Plaintiffs state as follows:

1. On August 12, 2015, Plaintiffs filed their memorandum of law in support of their motion for final approval of the Parties' class action settlement. Exhibit 3 to that memorandum is a schedule of payments to be made to all class members who filed a claim.

2. Exhibit 3 as originally filed reflects that payments to class members who filed claims totals $49,284.16.

3. Subsequent to the filing of Exhibit 3, Class Counsel determined that based on the formula in the settlement agreement used to calculate payments the total amount of payments to class members who filed claims should be $52,215.77 rather than $49,284.16. The discrepancy of almost $3,000 arose because of a mistake Class Counsel made in calculating how that portion

of unclaimed funds available for distribution to class members would be allocated to those class members who had made claims.

3. The correct schedule of payments to class members who filed claims is attached hereto as Exhibit 1. Class Counsel requests that they be granted leave to file Exhibit 1 attached hereto as Amended Exhibit 3 to Plaintiffs' Memorandum of Law in Support of their Motion for Final Approval of the Parties' Class Action Settlement Agreement.

4. Defendant has agreed to this motion.

WHEREFORE, Plaintiffs request leave to file an Amended Exhibit 3 to Plaintiffs' Memorandum of Law in Support of their Motion for Approval of the Parties Class Action Settlement Agreement and such further relief the Court deems equitable and just.

    Respectfully submitted,

    AMY STARR and ANDREW PHELAN,
    individually and on behalf of a certified class of
    persons similarly situated,

    /s/ James X. Bormes
    One of Plaintiff's Attorneys

| | |
|---|---|
| James X. Bormes | Peter E. Converse |
| Catherine P. Sons | Converse Law Offices, LLC |
| Law Office of James X. Bormes, P.C. | 175 West Jackson Boulevard, Suite 1600 |
| 8 South Michigan Avenue, Suite 2600 | Chicago, Illinois 60604 |
| Chicago, Illinois 60603 | (312) 540-7514 |
| (312) 201-0575 | |