# EXHIBIT 1

| FirstName | LastName | Original Payment | Percentage of Origin | Additional Payment | Total Payment |
|---|---|---|---|---|---|
| JUAN | ACEVEDO | $352.51 | 0.010676196 | $210.02 | $557.47 |
| RUDY | AJTUN | $575.52 | 0.017430324 | $342.88 | $910.14 |
| ALEJANDRO | AMADOR | $76.77 | 0.002324968 | $45.74 | $121.40 |
| VICTOR | ANDRACA | $285.65 | 0.00865133 | $170.19 | $451.74 |
| RAFAEL | ARCINIEGA | $663.71 | 0.02010141 | $395.43 | $1,049.61 |
| DARWIN | ARGUELLO | $20.00 | 0.000605724 | $11.92 | $31.63 |
| RYAN | ARNDT | $34.73 | 0.001051952 | $20.69 | $54.93 |
| EDUARDO | ARROYO | $20.00 | 0.000605724 | $11.92 | $31.63 |
| CHRISTOPHE | AVILDSEN | $273.20 | 0.008274108 | $162.77 | $432.04 |
| JAMES | BACUS | $110.16 | 0.00333618 | $65.63 | $174.20 |
| CHRISTIAN | BAILEY | $23.30 | 0.000705786 | $13.88 | $36.85 |
| DANIEL | BAUER | $194.35 | 0.005886177 | $115.79 | $307.35 |
| JESUS | BIBIAN | $247.52 | 0.007496487 | $147.47 | $391.43 |
| SCOTT | BRANER | $20.00 | 0.000605724 | $11.92 | $31.63 |
| TIMOTHY | BROYLES | $262.10 | 0.007937929 | $156.15 | $414.49 |
| MARGET | BRUE | $115.50 | 0.003498178 | $68.81 | $182.66 |
| TESSA | BRUECKNE | $20.00 | 0.000605724 | $11.92 | $31.63 |
| DAVID | BUSTOS | $20.00 | 0.000605724 | $11.92 | $31.63 |
| MICHAEL | BUTLER | $396.75 | 0.012015933 | $236.37 | $627.42 |
| XINANTECA | CABELLO | $153.95 | 0.004662635 | $91.72 | $243.46 |
| JAMIL | CAMPOVE | $691.25 | 0.020935438 | $411.83 | $1,093.16 |
| ADRIAN | CARRILLO | $81.82 | 0.00247787 | $48.74 | $129.38 |
| JUAN | CASTRO | $738.59 | 0.022369155 | $440.04 | $1,168.02 |

| | | | | | |
|---|---|---|---|---|---|
| BARTIMEO | CHAVEZ | $20.00 | 0.000605724 | $11.92 | $31.63 |
| FABIO | CISNEROS | $20.00 | 0.000605724 | $11.92 | $31.63 |
| MATTHEW | CIZEK | $352.99 | 0.010690765 | $210.31 | $558.23 |
| CAITLIN | COLE | $326.13 | 0.009877193 | $194.30 | $515.75 |
| DEVIN | COLLOTON | $20.00 | 0.000605724 | $11.92 | $31.63 |
| CHRISTINA | CONNELLY | $326.51 | 0.009888691 | $194.53 | $516.35 |
| ROBERT | COOPER | $20.00 | 0.000605724 | $11.92 | $31.63 |
| NEMORIO | CORRO | $769.47 | 0.023304234 | $458.43 | $1,216.85 |
| JULIAN | CORTES | $336.83 | 0.010201256 | $200.68 | $532.67 |
| FABIAN | CUEVA | $144.70 | 0.004382418 | $86.21 | $228.83 |
| KYLE | CURRELL | $20.00 | 0.000605724 | $11.92 | $31.63 |
| HECTOR | DELUNA | $582.17 | 0.01763164 | $346.84 | $920.65 |
| SCOTT | DORING | $720.74 | 0.021828584 | $429.40 | $1,139.80 |
| YOUSSEF | ELAYYADI | $70.46 | 0.002133832 | $41.98 | $111.42 |
| SANDRA | ENGLAND | $37.89 | 0.001147503 | $22.57 | $59.92 |
| ANTHONY | EVANS | $413.01 | 0.012508497 | $246.06 | $653.14 |
| SETH | FULKERSO | $38.87 | 0.001177294 | $23.16 | $61.47 |
| JESSICA | GANCARS | $242.88 | 0.007355889 | $144.70 | $384.09 |
| HUMBERTO | GARCIA | $28.74 | 0.000870306 | $17.12 | $45.44 |
| GARY | GEBIS | $614.70 | 0.018617077 | $366.23 | $972.10 |
| MARIO | GOMEZ | $620.65 | 0.018797093 | $369.77 | $981.50 |
| RUBEN | GONZALEZ | $47.18 | 0.001428801 | $28.11 | $74.61 |
| SALVADOR | GONZALEZ | $78.67 | 0.002382628 | $46.87 | $124.41 |
| ISAUL | GONZALEZ | $65.83 | 0.001993732 | $39.22 | $104.10 |
| NICHOLAS | GOTSIS | $449.80 | 0.013622657 | $267.98 | $711.32 |
| STEPHEN | GREEN | $498.80 | 0.015106629 | $297.17 | $788.80 |

| | | | | | |
|---|---|---|---|---|---|
| JEFF | HARNISH | $362.41 | 0.010976062 | $215.92 | $573.12 |
| CORINTHIA | HASSLER | $20.00 | 0.000605724 | $11.92 | $31.63 |
| JENNIFER | HAWN | $20.00 | 0.000605724 | $11.92 | $31.63 |
| JOHN | HEINONEN | $409.86 | 0.012413135 | $244.19 | $648.16 |
| RAYMOND | HERMANN | $20.00 | 0.000605724 | $11.92 | $31.63 |
| BENVENUTO | HERNAND | $20.00 | 0.000605724 | $11.92 | $31.63 |
| JESUS | HERNAND | $186.49 | 0.005648077 | $111.11 | $294.92 |
| JORGE | HERNAND | $265.02 | 0.008026478 | $157.89 | $419.11 |
| CRISTIAN | HERNAND | $331.11 | 0.010028104 | $197.27 | $523.63 |
| RYAN | HOLSHOUS | $20.00 | 0.000605724 | $11.92 | $31.63 |
| CHAD | HUHN | $402.43 | 0.012188089 | $239.76 | $636.41 |
| DAVID | JACOBSON | $139.04 | 0.004210894 | $82.84 | $219.88 |
| BENITO | JAIMES | $272.32 | 0.008247577 | $162.24 | $430.65 |
| JORGE | JAIMES | $475.58 | 0.014403609 | $283.34 | $752.10 |
| MURLAT | JAKUBENA | $769.49 | 0.02330501 | $458.45 | $1,216.89 |
| STEVEN | KOENIG | $117.27 | 0.003551753 | $69.87 | $185.46 |
| BRITTANI | KOOPER | $98.25 | 0.002975496 | $58.53 | $155.37 |
| CARLOS | LAGUNAS | $20.39 | 0.000617511 | $12.15 | $32.24 |
| DION | LANE | $74.55 | 0.002257835 | $44.42 | $117.89 |
| JOHN | LAPIANA | $46.14 | 0.001397294 | $27.49 | $72.96 |
| DESIREE | LEJA | $317.16 | 0.009605543 | $188.96 | $501.56 |
| GUSTAVO | LOJA | $20.00 | 0.000605724 | $11.92 | $31.63 |
| OCTAVIO | LOZANO | $110.98 | 0.003361224 | $66.12 | $175.51 |
| LUIS | LUGO | $527.78 | 0.015984486 | $314.44 | $834.64 |
| GREGORY | LUKASIK | $401.72 | 0.012166535 | $239.34 | $635.29 |
| OSMAR | MACEDO | $413.26 | 0.012516048 | $246.21 | $653.54 |

| | | | | | |
|---|---|---|---|---|---|
| JULIO | MALDONA | $661.63 | 0.020038137 | $394.18 | $1,046.31 |
| DELIA | MARCULE | $57.72 | 0.001748231 | $34.39 | $91.29 |
| DAVID | MARTINEZ | $51.50 | 0.00155974 | $30.68 | $81.44 |
| MIGUEL | MARTINEZ | $217.76 | 0.006595138 | $129.74 | $344.37 |
| KRISTIN | MATOUSE | $559.56 | 0.016947065 | $333.38 | $884.90 |
| SEAN | MCCABE | $20.00 | 0.000605724 | $11.92 | $31.63 |
| SARAH | MCCORMA | $265.33 | 0.008035802 | $158.08 | $419.60 |
| DYLAN | MCDOWEL | $27.34 | 0.000828073 | $16.29 | $43.24 |
| WESTON | MCENANE | $80.55 | 0.002439464 | $47.99 | $127.38 |
| PHILLIP | MCMILLAN | $29.74 | 0.000900697 | $17.72 | $47.03 |
| DANIEL | MENDEZ | $687.83 | 0.020831772 | $409.80 | $1,087.75 |
| YAVOR | MIHAYLOV | $20.00 | 0.000605724 | $11.92 | $31.63 |
| HAYAT | MOHAMME | $84.41 | 0.002556466 | $50.29 | $133.49 |
| MIGUEL | MONDRAG | $144.09 | 0.004363941 | $85.85 | $227.87 |
| VALENTIN | MORALES | $128.67 | 0.003896814 | $76.66 | $203.48 |
| CATHY | MORAN | $22.50 | 0.000681349 | $13.40 | $35.58 |
| JOSE DE | MUNOZ | $55.96 | 0.001694724 | $33.34 | $88.49 |
| JORGE | NAVA | $63.24 | 0.00191541 | $37.68 | $100.01 |
| RANDY | NOONAN | $496.37 | 0.015033229 | $295.73 | $784.97 |
| TODD | ORIS | $631.81 | 0.019134987 | $376.42 | $999.15 |
| HECTOR | ORTEGA | $297.72 | 0.009016749 | $177.37 | $470.82 |
| DIONICIO | OSORIO | $1,063.35 | 0.032204801 | $633.52 | $1,681.60 |
| NEIL | PARKER | $589.67 | 0.017858894 | $351.31 | $932.52 |
| MICKEY | PASQUALI | $273.80 | 0.008292281 | $163.12 | $432.99 |
| ANDRES | PEREZ | $77.60 | 0.002350229 | $46.23 | $122.72 |
| HERIBERTO | PEREZ | $20.00 | 0.000605724 | $11.92 | $31.63 |

| | | | | | |
|---|---|---|---|---|---|
| JULIO | PEREZ | $590.38 | 0.017880247 | $351.73 | $933.63 |
| JOHNA | PETERSON | $242.95 | 0.007358103 | $144.75 | $384.21 |
| LAURA | PREROST | $47.58 | 0.001440882 | $28.34 | $75.24 |
| ERIC | REGAN | $109.85 | 0.003326968 | $65.45 | $173.72 |
| JAVIER | REYES | $505.09 | 0.015297396 | $300.93 | $798.77 |
| HOLLY | RICHARD | $349.51 | 0.010585278 | $208.23 | $552.72 |
| KEVIN | ROBERTS | $409.44 | 0.012400384 | $243.94 | $647.50 |
| ARTURO | RODRIGUE | $339.91 | 0.010294593 | $202.51 | $537.54 |
| TAHEREH | SAFAVI | $20.00 | 0.000605724 | $11.92 | $31.63 |
| PATSY | SALGADO | $221.03 | 0.006694086 | $131.68 | $349.54 |
| ELANA | SANCHEZ | $24.01 | 0.000727202 | $14.31 | $37.97 |
| TIMOTHY | SELLERS | $176.61 | 0.005348738 | $105.22 | $279.29 |
| SHANNON | SMITH | $41.18 | 0.001247139 | $24.53 | $65.12 |
| BRYAN | SMITH | $162.12 | 0.004910058 | $96.59 | $256.38 |
| RICHARD | SPINELLI | $20.00 | 0.000605724 | $11.92 | $31.63 |
| AMY | STARR | $156.62 | 0.004743359 | $93.31 | $247.68 |
| ANTHONY | STAUNTON | $162.74 | 0.004928835 | $96.96 | $257.36 |
| MARC | STEIN | $646.99 | 0.01959488 | $385.46 | $1,023.16 |
| LORENZO | TASSONE | $86.28 | 0.002613165 | $51.41 | $136.45 |
| JOHN | TAUROZZI | $20.00 | 0.000605724 | $11.92 | $31.63 |
| STEPHEN | THOMPSO | $194.28 | 0.005883929 | $115.75 | $307.23 |
| SELVIN | TOBAR | $285.49 | 0.008646375 | $170.09 | $451.48 |
| BRYANT | TYUS | $437.62 | 0.013253807 | $260.72 | $692.06 |
| LUIS | URESTI | $163.98 | 0.004966208 | $97.69 | $259.31 |
| PROCURO | URQUIZA | $174.19 | 0.005275563 | $103.78 | $275.47 |
| MARIYA | VALKOVA | $20.00 | 0.000605724 | $11.92 | $31.63 |

| First | Last | | | | |
|---|---|---|---|---|---|
| MOISES | VALLECILL | $24.14 | 0.000731076 | $14.38 | $38.17 |
| JOSE | VASQUEZ | $272.80 | 0.008262009 | $162.53 | $431.41 |
| VINICIO | VASQUEZ | $444.04 | 0.013448321 | $264.55 | $702.21 |
| CASSANDRA | VOWELS | $135.36 | 0.004099592 | $80.65 | $214.06 |
| LUMUMBA | WATSON | $20.00 | 0.000605724 | $11.92 | $31.63 |
| JOHN | WHALEN | $20.00 | 0.000605724 | $11.92 | $31.63 |
| CHRISTOPHE | WHITESIDE | $409.82 | 0.012411865 | $244.16 | $648.10 |
| NICOLE | WOOD | $260.88 | 0.007901205 | $155.43 | $412.57 |
| MICHAEL | ZAGORSKI | $27.19 | 0.000823543 | $16.20 | $43.00 |
| BRANDEE | ZAVALA | $741.47 | 0.022456426 | $441.76 | $1,172.58 |
| ENRIQUE | ZHININ | $321.01 | 0.009722211 | $191.25 | $507.65 |
| | | $33,018.32 | 1.000000083 | $19,671.66 | $52,215.77 |
| | | $65,550.00 | | | |

Remainder of ur 39343.32
50%          19671.66